IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased | : : : : | DOCKET NO. ____ |
| v. | : : | |
| VAIL PRODUCTS, INC. | : | JURY TRIAL DEMANDED |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

1. Bart Dalton, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5(c), moves the admission **Pro Hac Vice** of Regina M. Foley of Raynes McCarty, 1845 Walnut Street, Suite 2000, Philadelphia, PA 19103 to represent Plaintiff in this action. The admittee is admitted, practicing and in good standing in the Commonwealth of Pennsylvania.

   By:_____
   BARTHOLOMEW J. DALTON
   Dalton & Associates
   1106 West 10th Street
   Wilmington, DE 19806
   Telephone 302-652-2050
   Telecopier 302-652-0687

2. The admittee certifies that she is eligible for admission to this Court, is admitted to practice and is good standing in the jurisdiction shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in preparation of, this action as provided in Local Rule 83.5, and has access to, or has acquired a copy of the local rules of this Court

and is generally familiar with such rules.

By: _____
REGINA M. FOLEY

3. Motion Granted.

Date:_____

_____
United States District Judge