**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 SLR |
| v. | : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Julie M. Sebring, Esq. as attorney for the defendant, Vail Products, Inc.

**RAWLE & HENDERSON** LLP

*/s/ Julie M. Sebring*
_____
JULIE M. SEBRING, ESQ. – ID #2259
300 Delaware Ave., Ste. 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200
Attorney for Defendant

Dated:  February 21, 2006

1268854 v.1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 SLR |
| v. | : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : | |

### CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, do hereby certify that on February 21, 2006, I have caused to be sent via E-Filing and First Class U.S. Mail the **ENTRY OF APPEARANCE** to the following individual(s):

Gerald A. McHugh, Jr.
Regina M. Foley
RAYNES McCARTY
1845 Walnut Street, Suite 2000
Philadelphia, PA 19103
Attorneys for Plaintiff

Bartholomew J. Dalton, Esq. – ID #808
DALTON & ASSOCIATES
1106 West 10th Street
Wilmington, DE 19806
Attorneys for Plaintiff

**RAWLE & HENDERSON** LLP

*/s/ Julie M. Sebring*
_____
JULIE M. SEBRING, ESQ. – ID #2259
300 Delaware Ave., Ste. 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Attorney for Defendant

1268854 v.1