IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : Docket No. 06-039 : : |
| v. | : JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel for defendant, moves the admission *pro hac vice* of Fred B. Buck, Esq. to represent Defendant, VAIL PRODUCTS, INC. in this matter.

                                           **RAWLE & HENDERSON** LLP

                                           */s/ Julie M. Sebring*

                                           Julie M. Sebring, Esq. – ID #2259
                                           300 Delaware Avenue, Suite 1015
                                           P.O. Box 588
                                           Wilmington, DE  19899
                                           (302) 778-1200
                                           Attorney for Vail Products, Inc.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 |
| v. | : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

DATE: _____

_____
UNITED STATES DISTRICT COURT JUDGE

1267438 v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.


DATE:   March 3, 2006                         /s/ Fred B. Buck
                                                                                  Fred B. Buck, Esq. – PA ID #31642
                                                                                  RAWLE & HENDERSON LLP
                                                                                  The Widener Building
                                                                                  One South Penn Square
                                                                                  Philadelphia, PA  19107
                                                                                  (215) 575-4200
                                                                                  Fax (215) 563-2583
                                                                                  Email:  fbuck@rawle.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 |
| v. | : : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : | |

### CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esq., do hereby certify that on March __6__, 2006, I have caused to be sent via E-Filing and U.S. Mail and/or Hand Delivery the MOTION AND ORDER FOR ADMISSION PRO HAC VICE to the following individual(s):

| | |
|---|---|
| Gerald A. McHugh, Jr., Esq.<br>Regina M. Foley, Esq.<br>RAYNES McCARTY<br>1845 Walnut Street, Suite 2000<br>Philadelphia, PA 19103<br>Attorneys for Plaintiff | Bartholomew J. Dalton, Esq. – ID #808<br>DALTON & ASSOCIATES<br>1106 West 10th Street<br>Wilmington, DE 19806<br>Attorneys for Plaintiff |

**RAWLE & HENDERSON LLP**

*/s/ Julie M. Sebring*

Julie M. Sebring, Esq. – ID #2259
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

OF COUNSEL:
Fred B. Buck, Esq.
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Email: fbuck@rawle.com
Attorneys for: Vail Products, Inc.

1267438 v.1