IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased | DOCKET NO. 06-039 SLR |
| v. | |
| VAIL PRODUCTS, INC. | JURY TRIAL DEMANDED |

### AFFIDAVIT OF SERVICE

We, Bartholomew J. Dalton, Esquire, Gerald A. McHugh, Jr., Esquire and Regina M. Foley, Esquire, counsel for the plaintiffs in this matter, do hereby certify that on January 25, 2006, my office sent an originally time-stamped copy of the Summons, to Vail Products, Inc., 235 First Street, Toledo, Ohio, 43605 via certified mail, return receipt requested, No. 7005 1820 0007 3469 4220, postage pre-paid. On February 1, 2006, said package was received by Vail Products, Inc. as evidenced by the signed return receipt, a copy attached hereto.

RAYNES MCCARTY

BY: _____
Gerald A. McHugh, Jr.-I.D. No. 30873
Regina M. Foley-I.D. No. 65749
1845 Walnut Street, 20th Floor
Philadelphia, PA 19103

DALTON & ASSOCIATES

BY: _____
Bartholomew J. Dalton-I.D. No. 808
Attorney for Plaintiffs
1106 West 10th Street
Wilmington, DE 19806

Date: 3/20/06

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joy___ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Joy M Gee  2/1 |
| 1. Article Addressed to:<br><br>Vail Products Inc.<br>235 First St.<br>Toledo, OH 43605 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br> FEB 01 2006<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0007 3469 4220 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Raynes McCarty
1845 Walnut Street
20th Floor
Philadelphia, PA 19103

Rm F / Cantilla