IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

ANNA MURRAY, individually and
as Administrator of the Estate of
David J. Malone, Jr., deceased,

v.

VAIL PRODUCTS, INC.,

: Docket No. 06-039

: JURY TRIAL DEMANDED

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned counsel, who represent all parties to this litigation, that the time within Vail Products, Inc. may file an answer to the plaintiff's complaint it is hereby extended up to and including Monday, April 24, 2006.

RAYNES McCARTY

By: _/s/ Gerald A. McHugh_
Gerald A. McHugh, Jr.
1845 Walnut Street
Suite 2000
Philadelphia, PA 19103
Attorneys for Plaintiffs

RAWLE & HENDERSON LLP

By: _/s/ Julie M. Sebring_
Julie M. Sebring, Esquire
300 Delaware Avenue
Suite 1015
Wilmington, DE 19899-0588
Attorneys for Defendant
Vail Products, Inc.

RAWLE & HENDERSON LLP

By: _/s/ Fred B. Buck_
Fred B. Buck, Esquire
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Attorneys for Defendant,
Vail Products, Inc.

Approved:

_____, J.

1286877 v.1