IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 |
| v. | : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC., | : : | |

**SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Julie M. Sebring, Esquire of Rawle & Henderson, LLP and enter the appearance of George T. Lees, III, Esquire of Rawle & Henderson, LLP for the defendant, Vail Products, Inc.

**RAWLE & HENDERSON, LLP**

*/s/ Julie M. Sebring*
_____
Julie M. Sebring, Esq. – ID #2259
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

**RAWLE & HENDERSON, LLP**

*/s/ George T. Lees, III*
_____
George T. Lees, III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

Date: June 16, 2006

1317190 v.1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : : : : | Docket No. 06-039 |
| v. | : : | JURY TRIAL DEMANDED |
| VAIL PRODUCTS, INC. | : : | |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, Esq., do hereby certify that on June 12, 2006, I have caused to be sent via E-Filing and U.S. Mail and/or Hand Delivery the SUBSTITUTION OF COUNSEL to the following individual(s):

| | |
|---|---|
| Gerald A. McHugh, Jr., Esq.<br>Regina M. Foley, Esq.<br>RAYNES McCARTY<br>1845 Walnut Street, Suite 2000<br>Philadelphia, PA 19103<br>Attorneys for Plaintiff | Bartholomew J. Dalton, Esq. – ID #808<br>DALTON & ASSOCIATES<br>1106 West 10th Street<br>Wilmington, DE 19806<br>Attorneys for Plaintiff |

**RAWLE & HENDERSON LLP**

*/s/ George T. Lees, III*

George T. Lees, III, Esq. – ID #3647
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

OF COUNSEL:
Fred B. Buck, Esq.
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Email: fbuck@rawle.com
Attorneys for: Vail Products, Inc.

1317190 v.1