# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : <br> : Docket No. 06-039 <br> : <br> : |
| v. | : JURY TRIAL DEMANDED <br> : |
| VAIL PRODUCTS, INC. | : |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, Esq., do hereby certify that on June 16 2006, I have caused to be sent via E-Filing and U.S. Mail and/or Hand Delivery the SUBSTITUTION OF COUNSEL to the following individual(s):

Gerald A. McHugh, Jr., Esq.
Regina M. Foley, Esq.
RAYNES McCARTY
1845 Walnut Street, Suite 2000
Philadelphia, PA  19103
Attorneys for Plaintiff

Bartholomew J. Dalton, Esq. – ID #808
DALTON & ASSOCIATES
1106 West 10th Street
Wilmington, DE  19806
Attorneys for Plaintiff

**RAWLE & HENDERSON** LLP

*/s/ George T. Lees, III*

George T. Lees, III, Esq. – ID #3647
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200

OF COUNSEL:
Fred B. Buck, Esq.
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107
(215) 575-4200
Email:  fbuck@rawle.com
Attorneys for:  Vail Products, Inc.

1317261 v.1