Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Bartholomew J. Dalton
Dalton & Associates, P.A.
1106 West 10th Street
Wilmington, DE 19806

RETURN FOR POSTAGE

06cv39SLR

FILED
2006 JUN 16 PM 3:37
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

KG
Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## NOTICE REGARDING ELECTRONIC FILING

DATE:

TO:

    The United States District Court for the District of Delaware recently adopted the new case management and electronic filing system developed by the Federal Judiciary known as CM/ECF. In accordance with the Court's Administrative Procedures Governing Filing and Service By Electronic Means, effective March 1, 2005, all documents submitted for filing in both new and pending civil and criminal cases, except those documents specifically exempted, are to be filed either electronically using CM/ECF or on a properly labeled 3.5" floppy or compact disk in PDF so that the document can be added to the electronic case file.

    The records of the Clerk's Office do not reflect the issuance of a CM/ECF login and password in your name. Within the next 30 days, we kindly request that you attend one of the Court's CM/ECF training sessions in order to receive a login and password for electronic filing. A listing of the dates and times of the training classes is available on our web page at www.ded.uscourts.gov. Upon expiration of the 30 day period, the Clerk's Office will no longer be able to accept your filings in paper format. If you are unable to comply with this request, you may petition the Court for relief from electronic filing.

                                             Peter T. Dalleo
                                             Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-039-SLR |
| | ) |
| VAIL PRODUCTS INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington this 15th day of June, 2006,

IT IS ORDERED that:

1. A telephonic scheduling conference to be initiated by plaintiff's counsel shall be held on **Tuesday, June 27, 2006, at 8:45 a.m.** See D. Del. LR 16.2.

2. Pursuant to the early disclosure requirements of Fed. R. Civ. P. 26(a)(1), counsel shall immediately exchange the following information without formal discovery requests:

    (a) identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses;

    (b) documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses;

    (c) identities of experts and their opinions;

    (d) insurance agreements in force; and

    (e) statement of the basis for any damages claimed.

Counsel should **not** file any of the aforementioned with the court.

3. Prior to the teleconference scheduled herein, counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall submit a discovery plan to the undersigned not later than 24 hours prior to the conference with the court. The discovery plan shall conform to the form of scheduling order found on Chief Judge Robinson's website at www.ded.uscourts.gov.

4. At the teleconference with the court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

5. If any party hereafter enters an appearance, counsel for plaintiff shall notify said party of the above conference and forward to that party a copy of this order.

6. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

7. Counsel are further advised that communications to the court by FAX will not be accepted.

                                                */s/ Sue L. Robinson*
                                        United States District Judge

## Other Orders/Judgments
1:06-cv-00039-SLR Murray v. Vail Products Inc.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 6/15/2006 at 3:07 PM EDT and filed on 6/15/2006
**Case Name:**        Murray v. Vail Products Inc.
**Case Number:**      1:06-cv-39
**Filer:**
**Document Number:** 10

**Docket Text:**
ORDER Setting Hearings Scheduling TeleConference set for 6/27/2006 08:45 AM before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 6/15/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/15/2006] [FileNumber=230122-0]
[3bf0a2b7d25a42ebb6e83af5e05da25680f69f91e456511c2ced37b7d0611b7f6951
92a8676fa97ea01b28338554ad79db7b553dbaa467c84949a8bc769afb23]]

**1:06-cv-39 Notice will be electronically mailed to:**

Julie M. Sebring    jsebring@rawle.com, jjarrell@rawle.com; amhiggins@rawle.com; fbuck@rawle.com

**1:06-cv-39 Notice will be delivered by other means to:**

Bartholomew J. Dalton
Dalton & Associates, P.A.
1106 West 10th Street
Wilmington, DE 19806