IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : | DOCKET NO. 06-039 SLR |
| Plaintiff, | : | |
| v. | : | |
| VAIL PRODUCTS, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Rebecca S. Beste of the law firm of Dalton & Associates, P.A., 1106 West 10th Street, Cool Spring Meeting House, Wilmington, DE 19806, as Delaware counsel on behalf of Plaintiff Anna Murray.

DALTON & ASSOCIATES, P.A.

By: /s/ Rebecca S. Beste
Rebecca S. Beste (#4154)
Bartholomew J. Dalton (#808)
1106 West 10th Street
Cool Spring Meeting House
Wilmington, DE 19806
(302) 652-2050
rbeste@b-dpa.com
bdalton@b-dpa.com

DATED: August 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, individually and as Administrator of the Estate of David J. Malone, Jr., deceased, | : | DOCKET NO. 06-039 SLR |
| Plaintiff, | : | |
| v. | : | |
| VAIL PRODUCTS, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Rebecca S. Beste, Esquire, do hereby certify that on August 18, 2006, I have caused to be served by First Class U.S. Mail the attached ENTRY OF APPEARANCE to the following individuals:

George T. Lees, III, Esquire
Rawle & Henderson
300 Delaware Ave., Suite 1130
Post Office Box 588
Wilmington, DE 19899

OF COUNSEL:
Fred B. Buck, Esquire
Rawle & Henderson
The Widener Building
One South Penn Square
Philadelphia, PA 19107

DALTON & ASSOCIATES, P.A.

By: *Rebecca S. Beste*
Rebecca S. Beste (#4154)
Bartholomew J. Dalton (#808)
1106 West 10th Street
Cool Spring Meeting House
Wilmington, DE 19806
(302) 652-2050