IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNA MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. No. 06-039 (SLR) |
| v. | ) |
| | ) |
| VAIL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned parties hereby stipulate and agree to dismiss the above-captioned case with prejudice. The above captioned case was settled on November 3, 2006.

**Rawle & Henderson**

*/s/ Fred B. Buck*
Fred B. Buck, Esquire
The Widener Building
16th Floor
Philadelphia, PA 19107
(215) 575-4200

*Attorney for Defendant*

**Dalton & Associates, P.A.**

*/s/ Rebecca S. Beste*
Bartholomew Dalton (DE No. 808)
Rebecca Beste (DE No. 4154)
1106 West 10th Street
Wilmington, DE 19806
(302) 652-2050

AND

**Raynes McCarty**
Regina M. Foley, Esquire
1845 Walnut Street, 20th Floor
Philadelphia, PA 19103
(215) 568-6190

*Counsel for Plaintiff*