## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNA MURRAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-039-SLR |
| | : | |
| VAIL PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **16th** day of **January, 2007**,

IT IS ORDERED that the teleconference scheduled January 30, 2007 at 9:30 a.m. with Judge Thynge and the mediation conference scheduled for Friday, March 30, 2007 beginning at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE